

# KARPF, KARPF & CERUTTI, P.C.

ATTORNEYS AT LAW

8 Interplex Drive
Suite 210
Feasterville-Trevose, PA 19053
Tel: (215) 639-0801
Fax: (215) 639-4970
cburke@karpf-law.com

April 23, 2026

**SENT VIA ECF ONLY**

The Honorable Elizabeth A. Pascal
United States District Court
District of New Jersey
Mitchell H. Cohen Courthouse
Fourth and Cooper Streets
Camden, NJ 08101

> **Re:** ***James Marino v. PNC Bank, et al.***
> **Docket No.: 25-15950**

Dear Judge Pascal:

I represent Plaintiff in the above referenced matter. I write jointly regarding the current status of discovery. The parties have just recently completed the exchange of electronically stored information (ESI). The parties are still in the process of reviewing that production and thus do not have any current discovery disputes to bring to the Court's attention. Given the current July 7, 2026 discovery deadline, the parties respectfully request that the upcoming status conference set for Monday, April 27th be moved by an additional 30 days.

If Your Honor has any questions or concerns related to this correspondence, please do not hesitate to contact me.

Respectfully submitted,

KARPF, KARPF & CERUTTI P.C.

/s/ Christine E. Burke
Christine E. Burke, Esq.

cc:    All Counsel of record via ECF only

---

Pennsylvania • New Jersey • New York