

**Seyfarth Shaw LLP**

620 Eighth Avenue

New York, New York  10018

**T** (212) 218-5500

**F** (212) 218-5526

abell@seyfarth.com

T (212) 218-5532

www.seyfarth.com

May 28, 2026

**VIA ECF**

Hon. Elizabeth A. Pascal, U.S.M.J.
U.S. District Court for the District of New Jersey
Mitchell H. Cohen Building & U.S. Courthouse
4th & Cooper Streets, Courtroom 5C
Camden, NJ 08101

**Re:    Marino v. PNC Bank, et al.
        Civ. No. 1:25-cv-15950-CPO-EAP (D.N.J.)**

Dear Judge Pascal:

This firm represents Defendants PNC Bank, N.A. (incorrectly named "PNC Bank") and The PNC Financial Services Group, Inc. (together, "PNC" or "Defendants"), in the above-referenced action. Enclosed please find a Joint Stipulation and Proposed Consent Order directing the New Jersey Department of Labor to release the unemployment insurance records of Plaintiff James M. Marino ("Plaintiff"). The New Jersey Department of Labor will not release said records absent a court order, thus necessitating the Court's assistance in this matter.

We thank Your Honor for your attention to this matter.

Respectfully submitted,

*/s/ Alnisa Bell*

Alnisa Bell

Encl.

cc:  All counsel of record (w/ Encl.) (via ECF)