[ECF No. 20]

PTHE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY
CAMDEN VICINAGE

| | |
|---|---|
| JAMES M. MARINO, <br><br> **Plaintiff,** <br><br> v. <br><br> PNC BANK, et al., <br><br> **Defendants.** | Civil No. 25-15950 (CPO/EAP) <br><br> **ORDER** |

**THIS MATTER** having been opened to the Court by Defendants PNC Bank, N.A. and The PNC Financial Services Group, Inc.'s (together, "Defendants") May 28, 2026 Joint Stipulation and Proposed Consent Order, ECF No. 20, seeking an Order directing the New Jersey Department of Labor to produce the unemployment insurance records of Plaintiff James M. Marino ("Plaintiff"); and the Court having thereafter ordered the parties to submit a copy of the subpoena issued to the NJDOL and any response therefrom, ECF No. 21 (Text Order); and the parties having instead filed an additional letter explaining that due to the NJDOL's "long-standing position . . . that it will not release unemployment records for purposes other than an unemployment appeal without a court order[,]" they sought such an order by consent, in lieu of a subpoena, ECF No. 22 (June 5, 2026 Ltr.); and the parties having attached a sample denial letter received in another case from the NJDOL as an example where the agency has denied a request for documents like this absent a court order, ECF No. 22-1, Ex. A; and the Court having reviewed the governing New Jersey provision concerning production of such records, which states that "[a]ll records, reports and other information obtained from employers and employees under this chapter, except to the extent necessary for the proper administration of this chapter,

shall be confidential and shall not be published or open to public inspection other than to public employees in the performance of their public duties, and shall not be subject to subpoena or admissible in evidence in any civil action or proceeding other than one arising under this chapter, but any claimant at a hearing before an appeal tribunal, the division or the board of review shall be supplied with information from such records to the extent necessary for the proper presentation of his claim[,]" N.J.S.A. 43:21-11(g); and the Court having reviewed the parties' submissions; and the Court having considered this matter; and for good cause shown;

**IT IS** on this **16th** day of **June 2026**;

**ORDERED** that the New Jersey Department of Labor and Workforce Development shall produce to Plaintiff James M. Marino his unemployment insurance compensation records; and it is further

**ORDERED** that the parties shall serve a subpoena upon the New Jersey Department of Labor concurrently with this Order; and it is further

**ORDERED** that the New Jersey Department of Labor may object or otherwise respond to this Order within ten (10) days of receipt; and it is further

**ORDERED** that, absent any objection, the foregoing documents shall be produced to Plaintiff's counsel at the following address: Christine E. Burke, Esq., Karpf, Karpf, & Cerutti, P.C., 8 Interplex Drive, Suite 210, , Feasterville-Trevose, PA, 19053; and it is further

**ORDERED** that a copy of this Order shall be served upon all counsel of record upon filing on the docket through the Court's electronic filing system.

s/Elizabeth A. Pascal
ELIZABETH A. PASCAL
United States Magistrate Judge

cc:  Hon. Christine P. O'Hearn, U.S.D.J.