

# KARPF, KARPF & CERUTTI, P.C.

ATTORNEYS AT LAW
8 Interplex Drive
Suite 210
Feasterville-Trevose, PA 19053
Tel: (215) 639-0801
Fax: (215) 639-4970
cburke@karpf-law.com

June 29, 2026

**SENT VIA ECF**

The Honorable Elizabeth A. Pascal
United States District Court
District of New Jersey
Mitchell H. Cohen Courthouse
Fourth and Cooper Streets
Camden, NJ 08101

> **Re:**  *James M. Marino v. PNC Bank, et al.*
> **Case No.: 25-15950**

Dear Judge Pascal:

I represent Plaintiff in connection with the above-mentioned matter.   I write jointly to advise this matter is resolved.  Entry of a 60 Day Order is appropriate at this time.

If Your Honor has any questions or concerns, please do not hesitate to contact me.

Respectfully submitted,

**KARPF, KARPF & CERUTTI, P.C.**

*/s/ Christine E. Burke*

Christine E. Burke, Esq.

Cc: All Counsel of Record (*via ecf*)